UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENA M. VARGAS,

      Plaintiff,

v.                                   Case No.  8:26-cv-00053-TPB-AAS

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

## ORDER

Plaintiff Jena M. Vargas, proceeding pro se, requests that the court waive PACER fees. (Doc. 8).

"To be eligible for an exemption from PACER user fees, the requesting party must show that an exemption is necessary in order to: (1) avoid unreasonable burden; and (2) promote public access to information." *Hatcher v. G-P Wood & Fiber Supply, LLC*, No. 3:07-CV-080-JTC, 2008 WL 11343393, at *1 (N.D. Ga. Feb. 6, 2008) (citing 28 U.S.C. § 1914 (Electronic Public Access Fee Schedule)). "A party must demonstrate that both standards have been met in order for a court to grant an exemption from payment of this fee." *Id.* "User fees should not be waived in the absence of exceptional circumstances." *Id.* (citing *Morales v. Higher Educ. Serv. Corp.*, 6:00-BK-002888-JRM, 2004 WL

1

3202211, at *1 (Bankr. M.D. Fla. Nov. 18, 2004)). Exemptions from user fees should be granted as exceptions, not the rule. 28 U.S.C. § 1914 (Judicial Conference Policy Notes); *see also Sedlacek v. Ocwen Fin. Corp.*, No. 1:21-CV-04967-WMR, 2023 WL 2595624, at *6 (N.D. Ga. Jan. 12, 2023) ("Exemptions from PACER fees are uncommon[.]").

Ms. Vargas filed this action without paying the filing fee or filing a motion to proceed *in forma pauperis*. (*See* Doc. 1). The court ordered Ms. Vargas to pay the filing fee or file a motion to proceed *in forma pauperis* by February 24, 2026, or the action would be dismissed without prejudice. (Doc. 5). When Ms. Vargas failed to do so, the court dismissed Ms. Vargas's action without prejudice. (Doc. 6). This action is now closed. (*Id.*).

Under these circumstances, Ms. Vargas has not shown exceptional circumstances warranting an exemption from PACER fees. According, Ms. Vargas's motion (Doc. 8) is **DENIED**.

**ORDERED** in Tampa, Florida, on March 6, 2026.

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge

2